1
2
3
4

DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

5

Attorney for PLAINTIFF

6
7
8
9

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

10
11
12

Attorneys for DEFENDANTS: Sahota Pardeep, as
Trustee of the Gurmukh S. Gill Separate
Property Trust

**UNITED STATES DISTRICT COURT**

13
14

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15
16
17
18

**CYNTHIA HOPSON**,


                    PLAINTIFF,

19
20

       v.

21
22
23
24
25
26
27

**WALGREENS COMPANY, A
CORPORATION**, as an entity and doing
business as "Walgreens #15986",
**GURMUKH S. GILL**, as an individual and
as a trustee of the "Gurmukh S. Gill Separate
Property Trust", **SAHOTA PARDEEP**, as
an individual and as a trustee of the
"Gurmukh S. Gill Separate Property Trust"
and DOES 1-10, inclusive,
                    DEFENDANTS.

**CASE NO.:  1:16-cv-01678-DAD-EPG**

**STIPULATION REGARDING
CONTINUANCE OF PRETRIAL
SCHEDULING CONFERENCE AND
ORDER GRANTING THEREOF**

**Date: February 9th, 2017**
**Time: 9:30 A.M.**
**Courtroom: 10**
**Judge: Hon. Erica P. Grosjean**

28

**LET THIS HONORABLE COURT TAKE NOTICE:**

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING
CONFERENCE AND ORDER GRANTING THEREOF**

Plaintiff, CYNTHIA HOPSON, and Defendant, SAHOTA PARDEEP, respectfully request that the Court continue the Status Conference set for February 9th, 2017, until March 20th, 2017, at 9:30 a.m., in order to allow Plaintiff to serve the Co-Defendants.

**IT IS HEREBY STIPULATED.**

Dated:  February 1st, 2017                    Respectfully submitted,

                                                                /s/Daniel Malakauskas
                                                                By: Daniel Malakauskas,
                                                                Attorney for Plaintiff,
                                                                CYNTHIA HOPSON

Dated: February 1st, 2017                     /s/Cris C. Vaughan
                                                                By: Cris C. Vaughan, of,
                                                                Vaughan and Associates,
                                                                Attorneys for Defendant,
                                                                SAHOTA PARDEEP

## ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from February 9th, 2017, at 9:30 a.m. until March 20th, 2017, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **February 2, 2017**              /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

2