DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440

Attorney for PLAINTIFF

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for DEFENDANTS: Sahota Pardeep, as
Trustee of the Gurmukh S. Gill Separate
Property Trust

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| **CYNTHIA HOPSON**,<br><br><br>PLAINTIFF,<br><br><br>v.<br><br><br>**WALGREENS COMPANY, A CORPORATION**, as an entity and doing business as "Walgreens #15986", **GURMUKH S. GILL**, as an individual and as a trustee of the "Gurmukh S. Gill Separate Property Trust", **SAHOTA PARDEEP**, as an individual and as a trustee of the "Gurmukh S. Gill Separate Property Trust" and DOES 1-10, inclusive,<br>DEFENDANTS. | **CASE NO.: 1:16-cv-01678-DAD-EPG**<br><br>**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**<br><br>**Date: March 20th, 2017**<br>**Time: 9:30 A.M.**<br>**Courtroom: 10**<br>**Judge: Hon. Erica P. Grosjean** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

Plaintiff, CYNTHIA HOPSON, and Defendant, SAHOTA PARDEEP, respectfully request that the Court continue the Status Conference set for March 20th 2017, until May 22nd, 2017, at 9:00 a.m., in order to allow co-Defendant, WALGREENS COMPANY, A CORPORATION to answer the complaint.  JODI KARPEL, senior counsel for WALGREENS CO., has acknowledged service of the complaint.

**IT IS HEREBY STIPULATED.**

Dated:  March 13th, 2017                    Respectfully submitted,

                                             /s/Daniel Malakauskas
                                             By: Daniel Malakauskas,
                                             Attorney for Plaintiff,
                                             CYNTHIA HOPSON

Dated: March 13th, 2017                     /s/Cris C. Vaughan
                                             By: Cris C. Vaughan, of,
                                             Vaughan and Associates,
                                             Attorneys for Defendant,
                                             SAHOTA PARDEEP

**ORDER**

**IT IS HEREBY ORDERED**, that the status conference is continued from March 20th, 2017, at 9:30 a.m. until May 22nd, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  __**March 14, 2017**__        ___/s/ Erica P. Grosjean___
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**                                    2